# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARK EASTWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-01660- JLS (KESx)<br><br>The Hon. Josephine L. Staton<br>Courtroom: 10A<br><br>**ORDER RE DISMISSAL**<br><br>Complaint Filed: August 6, 2018<br>Trial Date: Not Assigned |

1 | Defendant GEICO Indemnity Company ("GEICO") and Plaintiff Mark Eastwood ("Plaintiff") filed a Stipulation for Dismissal, pursuant to Federal Rule of Civil Procedure Section 41(a).

After considering the Stipulation and all other matters presented to the Court,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to the parties' stipulation filed on July 24, 2019, that Plaintiff's Complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 26, 2019

By <u>JOSEPHINE L. STATON</u>
THE HON. JOSEPHINE L. STATON